[No. 14616.   Department One.   August 13, 1918.]

JOHN ROBERT JUDGE, *as Administrator etc., Appellant,* v.
MARIE J. LINDSAY *et al., Respondents.*[1]

Appeal from a judgment of the superior court for King county,
Carroll B. Hendron, Judge *pro tempore,* entered June 22, 1917, dis-
missing on the merits, an action for equitable relief, tried to the
court. Affirmed.

*Howard H. Startzman* and *John Robert Judge,* for appellant.
*F. B. Churchill,* for respondents.

PARKER, J.—The plaintiff,. as administrator, seeks an accounting
from the defendants for moneys and property which he claims they
received from Harry A. Koster during his lifetime, in fraud of his
rights when he was mentally incompetent, and also seeks the de-
creeing of certain real property as being held by them in trust for
the benefit of his estate.  Trial in the superior court for King coun-
ty resulted in judgment denying to the plaintiff the relief prayed
for, and also quieting title to the real property in controversy in
those of the defendants now holding the record title thereto.  From
this disposition of the cause, the plaintiff has appealed to this court.

There are no questions here presented which we regard as call-
ing for serious consideration other than questions of fact.  We have,
with painstaking care, reviewed this entire voluminous record, and
are quite convinced that it falls little short of conclusively showing
that, whatever moneys were entrusted by the deceased to the de-
fendants, were accounted for, paid over to him, or expended in his
behalf as directed by him, during his lifetime; that none of the
property claimed by appellant as being held in trust by respondents
was acquired by them with funds of the deceased or in fraud of his
rights; and that the deceased was not mentally incompetent at any
of the times he had transactions with any of the respondents touch-
ing his property rights.

Some contentions are made touching claimed errors of the trial
court in ruling upon the admission of evidence upon the trial.  There
was in no event any prejudicial error in these rulings.

The judgment is affirmed.

MAIN, C. J., TOLMAN, MITCHELL, and FULLERTON, JJ., concur.

[1]Reported in 174 Pac. 650.